JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONWRX, Inc., a Delaware Corporation, ) | CASE NO. SA CV08-1448-DOC(CTx) |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO VOLUNTARILY DISMISS ENTIRE CASE WITHOUT PREJUDICE |
| v. ) | |
| ) | |
| LIFE SCIENCE OUTSOURCING Inc., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| AND RELATED CROSS-ACTIONS ) | |
| _____) | |

It is ordered that this entire action be dismissed without prejudice and that no fees or costs are awarded.

IT IS SO ORDERED.

DATED: February 18, 2010

_____
DAVID O. CARTER
United States District Judge